UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JESUS VERA,

        Plaintiff,

   vs.

FORD MOTOR COMPANY,

        Defendant.

Case No. 1:25-cv-00005-KES-FJS

ORDER GRANTING FIRST JOINT STIPULATION TO CONTINUE SCHEDULING ORDER DEADLINES AND DATES

(ECF No. 32)

The court, having considered the first joint stipulation to continue scheduling order deadlines and dates ("stipulation") (ECF No. 32), filed by the parties, and upon finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. The following dates and deadlines pursuant to the court's scheduling conference order (ECF No. 18) are hereby vacated:

   a. Close of fact discovery: May 15, 2026;

   b. Initial Expert Disclosure: June 18, 2026;

   c. Supplemental Expert Disclosure: July 10, 2026;

   d. Close of Expert Discovery: August 7, 2026;

e. Deadline to file Pretrial Motions: September 4, 2026;

f. Final Pretrial Conference: February 22, 2027, at 1:30 p.m.; and

g. Jury Trial April 27, 2027, at 8:30 a.m.

2. The continued dates and deadlines are as follows:

a. Close of fact discovery: <*Merged as a single close to discovery*>;

b. Initial Expert Disclosure: September 18, 2026;

c. Supplemental Expert Disclosure: October 9, 2026;

d. Close of Discovery: November 6, 2026;

e. Deadline to file Pretrial Motions: December 4, 2026;

f. Final Pretrial Conference: May 24, 2027, at 1:30 p.m.;[1] and

g. Jury Trial: July 27, 2027, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **May 20, 2026**

UNITED STATES MAGISTRATE JUDGE

[1] The court notes that the parties stipulated to a final pretrial conference on May 22, 2027, which is a Saturday, so the pretrial conference is set instead for a Monday.